

**Entered on Docket
October 27, 2009**

*Hon. Mike K. Nakagawa
United States Bankruptcy Judge*

___

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Jason M. Rudd, TX State Bar No. 24028786
Email: jrudd@diamondmccarthy.com

*Special Counsel for Brian D. Shapiro, Chapter 7 Trustee
(Pro Hac Vice)*

**M. NELSON SEGEL, CHARTERED**
624 South 9th Street
Las Vegas, Nevada 89101
Telephone (702) 385-5266
Facsimile (702) 382-2967

M. Nelson Segel, NV Bar No. 0530
nelson@nelsonsegellaw.com

*Special Counsel for Brian D. Shapiro,
Chapter 7 Trustee and Local Counsel to
Diamond McCarthy LLP*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ENDOSCOPY CENTER OF SOUTHERN NEVADA, LLC,<br><br>Debtor. | Case No. BK-S-09-22780-MKN (Lead Case)<br>Chapter 7<br><br>(Jointly Administered with Case Numbers BK-S-09-22776-MKN and BK-S-09-22784-MKN)<br><br>Judge Mike K. Nakagawa<br><br><br>Hearing Date:<br>Hearing Time: |

## ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

On this day, came for consideration, Brian D. Shapiro, Chapter 7 Trustee of Gastroenterology Center of Nevada LLP, Endoscopy Center of Southern Nevada, LLC, and Desert Shadow Endoscopy Center, LLC (the "Debtors"), Motion to File Documents Under Seal, and after considering the Motion, evidence, and arguments of counsel, this Court is of the opinion that good cause exists to grant the Motion. It is therefore,

ORDERED that the Trustee's Motion to File Documents Under Seal is GRANTED; and it is further,

REPLY TO LIMITED OPPOSITION TO MOTIONS FOR ORDERS AUTHORIZING
EMPLOYMENT OF DEFENSE COUNSEL— PAGE 1
190057v1

ORDERED that the Trustee may file under seal the Documents described in the Trustee's Motion to File Documents Under Seal.